UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:11-CR-1-1H(2)



IN RE: :
　　　　　　　　　　　　　　　　　:
TWO COUNT GRAND JURY　　　　　　: ORDER TO SEAL INDICTMENT
INDICTMENT OF JANUARY 13, 2011 :

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on January 11, 2011, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing an arrest warrant for the defendant and to **provide copies of the Indictment to the United States Attorney in a sealed envelope**.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon motion of the United States Attorney or upon the expiration of thirty (30) days, whichever event occurs first.

This the 13th day of January, 2011.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

3